UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.:  23-1159 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| Christopher Phillips | : | |

The Court orders the defendant, Christopher Phillips, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: Forfeiture of weapon_____

/s/ Christopher Phillips  
DEFENDANT

12/21/23  
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

Sharon A. King  
HONORABLE SHARON A. KING  
U.S. MAGISTRATE JUDGE

12/21/23  
DATE